United States Courts
Southern District of Texas
FILED
*November 19, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. __**4:25-cr-626**__ |
| **QUENCY JONES,** | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### (BANK ROBBERY)

On or about September 17, 2025, in the Southern District of Texas and within the jurisdiction of the court,

**QUENCY JONES**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of COMERICA BANK, located at 11990 FM 1960 Rd., Harris County, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

Original Signature on File
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: *Jill J. Stotts*
JILL JENKINS STOTTS
Assistant United States Attorney

2